# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WAYNE PROPERTY ACQUISITION, INC. | : | No. 457 MAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| BOARD OF COMMISSIONERS OF THE | : | |
| TOWNSHIP OF RADNOR AND BRADLEY | : | |
| MORTENSEN, SUSAN STERN, WARREN | : | |
| AYRES AND SUSAN AYERS | : | |
| | : | |
| | : | |
| PETITION OF: RADNOR TOWNSHIP | : | |
| BOARD OF COMMISSIONERS | : | |
| | | |
| WAYNE PROPERTY ACQUISITION, INC. | : | No. 458 MAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| BOARD OF COMMISSIONERS OF THE | : | |
| TOWNSHIP OF RADNOR AND BRADLEY | : | |
| MORTENSEN, SUSAN STERN, WARREN | : | |
| AYRES AND SUSAN AYERS | : | |
| | : | |
| | : | |
| PETITION OF: BRADLEY MORTENSEN, | : | |
| SUSAN STERN, WARREN AYRES AND | : | |
| SUSAN AYERS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.